170 So. 925

**Milton SMITH v. STATE.**
8 Div. 393.

Court of Appeals of Alabama.
Oct. 27, 1936.

SAMFORD, Judge.
Affirmed.

164 So. 925

**Oscar SMITH v. STATE.**
5 Div. 980.

Court of Appeals of Alabama.
Nov. 26, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

174 So. 905

**S. L. SMITH v. STATE.**
8 Div. 499.

Court of Appeals of Alabama.
May 25, 1937.

RICE, Judge.
Affirmed.

167 So. 924

**Steve A. SMITH v. STATE.**
4 Div. 248.

Court of Appeals of Alabama.
April 14, 1936.

BRICKEN, Presiding Judge.
Affirmed.

171 So. 926

**Charley SNEED v. STATE.**
6 Div. 993.

Court of Appeals of Alabama.
Dec. 15, 1936.

SAMFORD, Judge.
Appeal dismissed.

170 So. 923

**Nathan SNOWDEN v. STATE.**
4 Div. 300.

Court of Appeals of Alabama.
Nov. 10, 1936.

SAMFORD, Judge.
Appeal dismissed.

170 So. 923

**Nathan SNOWDEN v. STATE.**
4 Div. 301.

Court of Appeals of Alabama.
Nov. 10, 1936.

RICE, Judge.
Appeal dismissed.